00/00/0000 FIRST LEGAL NETWORK 714 541 8182

**This page is part of your document - DO NOT DISCARD**



## 20151242104



Pages: 0004

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

10/07/15 AT 08:00AM

| | |
|---|---:|
| FEES: | 24.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 24.00 |



LEADSHEET



201510070260012

00011224076



007152520

SEQ:
01

ERDS - 8:00AM



**THIS FORM IS NOT TO BE DUPLICATED**

95306790

# EXHIBIT 1

FOR REFERENCE ONLY

2015'1242104

RECORDING REQUESTED BY:

**PACIFIC COAST TITLE**

WHEN RECORDED MAIL DEED
AND TAX STATEMENT TO:

TROJAN CAPITAL INVESTMENTS, LLC
c/o TROJAN CAPITAL INVESTMENTS, LLC
2818 SAN MIGUEL DRIVE
SUITE 316
NEWPORT BEACH, CA 92660

APN: 2069-098-007

TS No: CA01000637-14

TO No: 95308780

## TRUSTEE'S DEED UPON SALE

EXEMPT PER R&T CODE SECTION 11926
1) The Grantee herein was the foreclosing beneficiary.
2) The amount of the unpaid debt together with costs was: $639,870.73
3) The amount paid by the grantee at the trustee sale was: $639,870.73
4) The documentary transfer tax is: $0.00
5) Said property is in the city of: CALABASAS
6) A.P.N. 2069-098-007

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION

# EXHIBIT 1

00/00/0000  FIRST LEGAL NETWORK  714 541 8182

APN: 2069-098-007          TS No: CA01000637-14          TO No: 95306790

### TRUSTEE'S DEED UPON SALE

The undersigned Grantor, under penalty of perjury, declares:

EXEMPT PER R&T CODE SECTION 11926
1) The Grantee herein was the foreclosing beneficiary.
2) The amount of the unpaid debt together with costs was:   $639,870.73
3) The amount paid by the grantee at the trustee sale was:   $639,870.73
4) The documentary transfer tax is:   $0.00
5) Said property is in the city of: CALABASAS
6) A.P.N. 2069-098-007

and Special Default Services, Inc., herein called "Trustee", as Trustee (or as Successor Trustee) of the Deed of Trust hereinafter described, hereby grants and conveys, but without covenant or warranty, express or implied, to TROJAN CAPITAL INVESTMENTS, LLC, herein called "Grantee", the real property in the County of Los Angeles, State of California, described as follows: SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF

This deed is made pursuant to the authority and powers given to Trustee (or to Successor Trustee) by law and by that certain Deed of Trust dated June 7, 2007, made to BENIGNO YUZON JR A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY and recorded on June 13, 2007 as Instrument No. 20071423622 of official records in the Office of the Recorder of Los Angeles County, California, Trustee (or Successor Trustee) having complied with all applicable statutory provisions and having performed all of his duties under the said Deed of Trust.

All requirements of law and of said Deed of Trust relating to this sale and to notice thereof having been complied with. Pursuant to the Notice of Trustee's Sale, the above described property was sold by Trustee (or Successor Trustee) at public auction on October 6, 2015 at the place specified in said Notice, to Grantee who was the highest bidder therefore, for $639,870.73 cash, in lawful money of the United States, which has been paid.

Dated: 10/6/2015          Special Default Services, Inc.

By: Lisa Rohrbacker, Authorized Signatory

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of CALIFORNIA
County of ORANGE

On 10-6-15 before me, Jared Degener, a Notary Public, personally appeared LISA ROHRBACKER, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of CALIFORNIA that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Notary Public Signature

JARED DEGENER
Commission # 1976225
Notary Public - California
Orange County
My Comm. Expires Apr 26, 2016

# EXHIBIT 1

00/00/0000 FIRST LEGAL NETWORK 714 541 8182

APN: 2069-098-007        TS No: CA01000637-14        TO No: 95306790

### EXHIBIT "A"

LOT 8 OF TRACT NO. 35598-16, IN THE CITY OF CALABASAS, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 1295, PAGES 24 THROUGH 27 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

# EXHIBIT "1"